RECEIVED
BY MAIL
APR 7 2005
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CHRISTOPHER PAUL GILES,

Petitioner/Defendant,

v.

Civil Case Number: To Be Assigned
Criminal Case No.: 02-CR-354 (01) RHK/AJB

UNITED STATES OF AMERICA,

Respondent/Plaintiff.

Honorable Richard H. Kyle

## CERTIFICATE OF SERVICE

I, Christopher Paul Giles, Petitioner/Defendant, pro se, certify, under the penalty of perjury, that I have today placed a copy of the following documents:

**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC § 2255...**
**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE, SET ASIDE...**

into an envelope and deposited the same, with first-class postage affixed thereto, into the mailbox provided for the mailing of legal and special mail, located within the Federal Prison Camp, 6902 Airport Road, Post Office Box 1000, Duluth, Minnesota 55814-1000.

The envelope is addressed to the following person at the address following their name below:

Ann M. Anaya, AUSA
United States Attorneys Office
District of Minnesota
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

Dated this 4th day of April, 2005.

Christopher Paul Giles

Christopher Paul Giles,
Petitioner/Defendant, pro se
Federal Register Number 10718-041
Federal Prison Camp - Duluth
Post Office Box 1000
Duluth, Minnesota 55814-1000

SCANNED
APR 12 2005
U.S. DISTRICT COURT MPLS