# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02cr354(RHK)

CHRISTOPHER PAUL GILES,

Defendant(s).

I hereby certify that on May 20, 2005, I served, or caused to be served, the following documents:

Government's Opposition to Defendant's Motion to Vacate
Sentence Pursuant to 28 U.S.C. § 2255

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Christopher Paul Giles, Pro Se
#10718-041
P.O. Box 1000
Duluth, MN 55814-1000

THOMAS B. HEFFELFINGER
United States Attorney

s/ Kim Anderson

BY: KIM ANDERSON
Legal Assistant