UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff/Respondent, Criminal 02-354(RHK/AJB)

vs. **ORDER**

Christopher Paul Giles,

Defendant/Petitioner.

On or before July 8, 2005, Petitioner may serve and file a reply memorandum to the Government's Opposition to Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.

Dated: June 8, 2005

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge