UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHRISTOPHER PAUL GILES,

Petitioner/Defendant,

v. Criminal Case No. 02-354 (RHK/AJB)

UNITED STATES OF AMERICA,

Respondent/Plaintiff.

---

PETITIONER'S MOTION FOR EXTENSION OF TIME

---

**NOW COMES** Christopher Paul Giles, Petitioner/Defendant ("Petitioner"), pro se, and respectfully moves this Court to allow Petitioner's Motion for an extension of time to file a Reply Brief to the Government Response Brief in opposition to Petitioner's Motion to Vacate Sentence pursuant to Title 28, United States Code, Section 2255, for the following reasons:

1. Petitioner received the Government's response on or about May 24, 2005, and is to file a Reply Brief not later than June 4, 2005; however, since Petitioner is filing pro se, he should be permitted an extension of time to formulate an adequate argument to the Government's opposition.

2. Petitioner has also learned of the Ninth Circuit's recent en banc decision in United States v. Ameline and is awaiting the legal library to receive a copy of said decision through Westlaw's Federal Reporter. The Petitioner understands that said decision is not from the immediate circuit; however, Petitioner believes that this 100+ page decision will encourage his position before the Court.

**WHEREFORE,** Christopher Paul Giles, Petitioner/Defendant, pro se, prays that this Honorable Court provide the following relief:



SCANNED
JUN 08 2005
U.S. DISTRICT COURT ST. PAUL

**A.** An extension of thirty (30) additional days to file a Reply Brief which would be filed on or before July 5, 2005; and,

**B.** Any other relief which this Court deems necessary in the interests of justice.

Dated this 3rd day of June, 2005.

Respectfully submitted,

Christopher Paul Giles

Christopher Paul Giles, Petitioner, pro se
Federal Register Number 10718-041
Federal Prison Camp - Duluth
Post Office Box 1000
Dorm 208 Room 221
Duluth, Minnesota 55814-1000

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHRISTOPHER PAUL GILES,**

**Petitioner/Defendant,**

**v.** **Criminal Case No. 02-354 (RHK/AJB)**

**UNITED STATES OF AMERICA,**

**Respondent/Plaintiff.**

---

**CERTIFICATE OF SERVICE**

---

I, Christopher Paul Giles, Petitioner/Defendant, pro se, certifies, under penalty of perjury, that I have today mailed a true and complete copy of the following:

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

by placing appropriate prepaid postage and mailing via first-class mail and placing in the box designated specifically for the mailing of special mail/legal mail by the Federal Bureau of Prisons, Federal Prison Camp, 6902 Airport Road, Post Office Box 1000, Duluth, Minnesota 55814-1000.

The recipient and address are as follows:

Ann M. Anaya, AUSA
United States Attorneys Office
District of Minnesota
600 United States Courthouse
300 South 4th Street
Minneapolis, Minnesota 55415

Dated: June 3, 2005

Christopher Paul Giles
Christopher Paul Giles, Petitioner
Federal Register Number 10718-041
Federal Prison Camp - Duluth
Post Office Box 1000
Dorm 208 Room 221
Duluth, Minnesota 55814-1000